# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**ANDREW SMITH,**

       **Plaintiff,**                **CASE NO.: 3:24-cv-00279-MMH-MCR**

**vs.**

**TRANS UNION, LLC, EQUIFAX
INFORMATION SERVICES, LLC,
and RENT RECOVERY SOLUTIONS LLC,**

       **Defendants.**
_____/

## NOTICE OF SETTLEMENT
## [As to TRANSUNION, LLC. only]

COME NOW, Plaintiff, ANDREW SMITH, by and through undersigned counsel, hereby provides notice that Plaintiff and Defendant TRANSUNION, LLC., have reached a resolution of the dispute that is the subject of Plaintiff's claims against TransUnion this lawsuit. The parties are presently formalizing the terms of that resolution into a written settlement agreement and will file an appropriate notice of dismissal (anticipated within 30 days) upon the completion of certain obligations set forth in their agreement.

Dated this 14th of May, 2024.

**STORY GRIFFIN**

/s/ Austin Griffin, Esq.
Max Story, Esquire
Florida Bar No. 0527238
Austin J. Griffin, Esq.
Florida Bar No. 0117740
328 2ND Avenue North

1

>Jacksonville Beach, Florida 32250
>Telephone: (904) 372-4109
>Fax: (904) 758-5333
>max@storylawgroup.com
>austin@storylawgroup.com
>Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 14, 2024, I electronically filed the foregoing with Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

>/s/ Austin Griffin, Esquire
>Florida Bar No. 0117740