UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ANDREW SMITH,**

    **Plaintiff,**　　　　　　**CASE NO.: 3:24-cv-00279-MMH-MCR**

vs.

**TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, and RENT RECOVERY SOLUTIONS LLC,**

    **Defendants.**
_____/

**NOTICE OF SETTLEMENT**
**[As to Rent Recovery Solutions, LLC]**

COME NOW, Plaintiff, Andrew Smith, by and through undersigned counsel, hereby provides notice that Plaintiff and Defendant Rent Recovery Solutions, LLC, have reached a resolution of the dispute that is the subject of this lawsuit. The parties are presently formalizing the terms of that resolution into a written settlement agreement and will file an appropriate notice of dismissal (anticipated within 30 days) upon the completion of certain obligations set forth in their agreement.

Dated this 1st day of October, 2024.

                **STORY GRIFFIN**

                /s/ Austin Griffin, Esq.
                Max Story, Esquire
                Florida Bar No. 0527238
                Austin J. Griffin, Esq.
                Florida Bar No. 0117740
                328 2ND Avenue North
                Jacksonville Beach, Florida 32250
                Telephone: (904) 372-4109

Fax: (904) 758-5333  
max@storylawgroup.com  
austin@storylawgroup.com  
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 1, 2024, I electronically filed the foregoing with Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/Austin Griffin, Esquire  
Florida Bar No. 0117740