# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ANDREW SMITH,

    Plaintiff,

vs.                                    Case No.   3:24-cv-279-MMH-MCR

RENT RECOVERY
SOLUTIONS, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court sua sponte.  On October 2, 2024, the Court entered an Order administratively closing this case pending further Order of the Court.  See Order (Dkt. No. 44; Order).  The Court also provided that the parties shall have until December 2, 2024, to file a joint stipulation of dismissal or other appropriate documents to close out this file.  See id.  The Court noted that, if the parties did not file settlement pleadings or a request for additional time by December 2, 2024, this case would automatically be deemed to be dismissed without prejudice.  See id.  As of this date, the parties have not filed a joint stipulation of dismissal or other appropriate documents.  Accordingly, it is hereby

    **ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of December, 2024.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record